<pre>
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF MISSOURI
                         WESTERN DIVISION


PAUL BUMPAS                          )
individually and on behalf of        )
all others similarly situated,       )
    Plaintiff,                       ) Case No.: 19-00122-CV-W-BP
                                     )
vs.                                  )
                                     )
AMERICANS FOR PROSPERITY,            )
    Defendant.                       )
</pre>

## CLERK'S ORDER OF DISMISSAL

On the 26th day of April, 2019, the plaintiff herein having filed a Notice Of Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice.

<pre>
                              AT THE DIRECTION OF THE COURT

                              Paige Wymore-Wynn, Clerk of Court
                                   /s/ Kelly McIlvain
                              Deputy Clerk
</pre>

Date:  5/2/2019